ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 2 8 2026

By: Kevin P. Weiner, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN K. SPURLIN, JR. | Criminal Indictment<br><br>No.  1 26-CR-042 |

THE GRAND JURY CHARGES THAT:

On or about May 12, 2025, in the Northern District of Georgia, the defendant, JUAN K. SPURLIN JR., knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer, that is, U.S. Department of Homeland Security Law Enforcement Specialist "R.S.," who was then engaged in the performance of his official duties, and in doing so, did commit an act involving

physical contact with "R.S.," all in violation of Title 18, United States Code, Section 111(a)(1).

A _____ BILL

_____ FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

DANIEL GRILL
 *Assistant United States Attorney*
New York Bar No. 580747
Provisionally admitted to practice in the United States District Court for the Northern District of Georgia

PHYLLIS CLERK
 *Assistant United States Attorney*
Georgia Bar No. 095325

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000 (tel.)
404-581-6181 (fax)