U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 28 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R01133)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Cobb

**DISTRICT COURT NO.** 1 26-CR-042

**MAGISTRATE CASE NO.**

X Indictment                          Information                 Magistrate's Complaint
DATE: January 28, 2026                DATE:                       DATE:

**UNITED STATES OF AMERICA**
vs.
**JUAN K. SPURLIN, JR.**

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Daniel Grill & Phyllis Clerk
Defense Attorney: