AO 83 (12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

JUAN K. SPURLIN, JR.
7231 Bedrock Circle
Lithonia, Ga. 30033

SUMMONS IN A CRIMINAL CASE

CASE NO. 1:26-CR-042

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**Room 1875**<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303-3309 |
| **BEFORE:** | Honorable Justin S. Anand<br>United States Magistrate Judge |
| **DATE AND TIME:** | February 6, 2026 at 10:30 a.m. |

To answer a(n)
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 111(a)(1)**

Brief description of the offense: Interference with a federal officer

AUSA: Daniel Grill

Counsel for Defendant: Caitlyn Wade - FDP

January 29, 2026

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Deputy Clerk