# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN KIRK SPURLIN, JR.,

Defendant.

Case No. 1:26-cr-00042-UNA-1



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 06 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## EMERGENCY MOTION OBJECTING TO DEFECTIVE SERVICE, RISK OF MANUFACTURED FAILURE TO APPEAR, VINDICTIVE PROSECUTION, AND REQUEST FOR EXECUTIVE REVIEW, CONTINUANCE, AND DISMISSAL IN BAR (CORAM NON JUDICE)

### I. INTRODUCTION

1. Defendant submits this Emergency Motion due to defective notice, risk of manufactured Failure to Appear, and ongoing constitutional violations.

2. Defendant appears pro se and has exercised diligence in monitoring court records.

### II. DEFECTIVE NOTICE AND SERVICE

3. Defendant did not receive timely service of the indictment or arraignment notice.

4. Defendant learned of proceedings only by independently ordering dockets.

5. Such notice is constitutionally inadequate.

### III. RISK OF MANUFACTURED FAILURE TO APPEAR

6. Lack of proper service creates a risk of false Failure to Appear.

7. Such risk constitutes procedural ambush and bad faith.

8. Defendant has never evaded proceedings.

## IV. PATTERN OF DUE PROCESS VIOLATIONS

9. Violations extend back to Case No. 1:13-cr-00304-TWT-JKL-4.

10. Defendant was previously detained without counsel or trial.

11. Habeas relief was granted yet custody continued.

## V. VINDICTIVE AND RETALIATORY PROSECUTION

12. Escalation followed Defendant's constitutional filings.

13. Prior motions were denied as moot.

14. Indictment followed immediately thereafter.

## VI. JUDICIAL CONFLICT AND PREDETERMINATION

15. The same judicial officer has been involved in related matters.

16. Escalation was suggested from the bench.

17. This raises impartiality concerns.

## VII. DENIAL OF FAIR HEARING

18. No witnesses have testified.

19. No evidentiary hearings have been held.

20. Defendant has been denied meaningful process.

## VIII. REQUEST FOR EXECUTIVE REVIEW AND CONTINUANCE

21. Defendant requests review by appropriate supervisory authorities.

22. Defendant requests continuance without waiver of rights.

## IX. CORAM NON JUDICE AND PLEA IN BAR

23. Proceedings are coram non judice due to lack of jurisdiction and due process.

24. Defendant pleads in bar to further prosecution.

## X. RELIEF REQUESTED

25. Quash any Failure to Appear.

26. Order proper service.

27. Grant continuance.

28. Order record preservation.

29. Dismiss proceedings in bar.

30. Grant further just relief.


Respectfully submitted,

*Juan K. Spurlin Jr.*

Juan Kirk Spurlin, Jr.

Pro Se Defendant

Date: 02/06/2026

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was served upon all parties of record by authorized means.

*/s/ Juan K. Spurlin Jr.*

Juan Kirk Spurlin, Jr.

Date: 02/06/2026