# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN KIRK SPURLIN, JR.,

Defendant.



Case No.: 1:26-cr-00042-UNA-1

## RENEWED MOTION TO COMPEL BRADY/GIGLIO DISCLOSURE, PRESERVATION OF EVIDENCE, AND FOR EVIDENTIARY HEARING

### I. INTRODUCTION

1. Defendant submits this renewed motion following the filing of a new indictment and continued procedural irregularities.

2. This motion is necessary to preserve Defendant's constitutional rights.

### II. GOVERNMENT'S DISCLOSURE OBLIGATIONS

3. The Government has a continuing duty to disclose all exculpatory and impeachment evidence.

4. These obligations exist regardless of request.

### III. RISK OF SPOLIATION AND PRIVATE DEVICE EVIDENCE

5. Relevant evidence may exist on personal or non-governmental electronic devices.

6. Such evidence is at heightened risk of deletion.

7. Defendant objected contemporaneously to unauthorized documentation.

### IV. DELAY, PREJUDICE, AND EVIDENTIARY LOSS

8. Extended delay has prejudiced Defendant's ability to prepare a defense.

9. Potential loss includes video, communications, and witness testimony.

## V. PRIOR OBJECTION TO UNAUTHORIZED EVIDENCE COLLECTION

10. Defendant objected at the time evidence was created.

11. Such objection bears on admissibility.

## VI. REQUEST FOR PRESERVATION ORDER

12. Defendant requests immediate preservation of all electronic and documentary evidence.

13. No deletion or alteration should occur.

## VII. REQUEST FOR EVIDENTIARY HEARING

14. An evidentiary hearing is necessary to determine the status of evidence.

15. The Court should determine if any evidence has been lost or destroyed.

## VIII. RELIEF REQUESTED

16. Order immediate disclosure of all Brady/Giglio material.

17. Issue a preservation order.

18. Require certification of compliance.

19. Grant an evidentiary hearing.

20. Grant further just relief.


Respectfully submitted,

*Juan K Spurlin Jr*

Juan Kirk Spurlin, Jr.

Pro Se Defendant

Date: 02/06/2026

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was served upon all parties of record by authorized means.

*[signature: Juan K. Spurlin Jr.]*

Juan Kirk Spurlin, Jr.

Date: 02/06/2026