UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 26 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA,
Plaintiff,

v.

JUAN K. SPURLIN JR.,
Defendant Pro Se.

Criminal Action No. 1:26-cr-00042-SDG-JKL-1

---

**NOTICE OF DOJ "ANTI-WEAPONIZATION FUND" ANNOUNCEMENT, PRESERVATION OF CLAIMS, AND REQUEST FOR RECORD PRESERVATION**

COMES NOW Defendant Juan K. Spurlin Jr., appearing Pro Se, and respectfully submits this Notice regarding the United States Department of Justice announcement dated May 19, 2026 concerning the establishment of "The Anti-Weaponization Fund."

I. PURPOSE OF THIS NOTICE

Defendant submits this filing to:

1. place the DOJ announcement into the record;

2. preserve Defendant's intention to pursue any lawful administrative remedies that may become available thereunder;
3. and request continued preservation of records relevant to Defendant's pending constitutional and procedural objections.

## II. DOJ ANNOUNCEMENT

On May 19, 2026, the United States Department of Justice publicly announced the creation of "The Anti-Weaponization Fund" as part of a settlement agreement in President Donald J. Trump v. Internal Revenue Service.

According to the announcement, the Fund was established to:

"provide a systematic process to hear and redress claims of others who suffered weaponization and lawfare."

The DOJ announcement further states that the Fund may issue formal apologies and monetary relief to qualifying claimants.

## III. DEFENDANT'S POSITION

Defendant respectfully asserts that the procedural history underlying this matter involves preserved allegations concerning:

- retaliatory escalation following protected activity;
- prolonged procedural irregularities;
- alleged unlawful detention and imprisonment;
- disputed charging posture;
- defective notice;
- unresolved disclosure concerns;
- and continuing due process objections previously raised before this Court.

Defendant further asserts that these issues extend beyond isolated proceedings and relate to a broader pattern Defendant believes warrants preservation and review through any lawful remedial process made available by the Department of Justice or other appropriate authority.

## IV. RECORD PRESERVATION

Because Defendant may seek administrative review or redress through any future claims process associated with the DOJ announcement, Defendant respectfully requests continued preservation of:

- all filings and docket entries;
- audio recordings and transcripts;
- dispatch logs;
- discovery materials;
- communications relating to charging decisions;
- and any body-camera or surveillance evidence relating to the May 12, 2025 incident and related proceedings.

## V. NO REQUEST FOR IMMEDIATE ADJUDICATION

Defendant is not requesting that this Court adjudicate any administrative claim through this filing.

Rather, Defendant seeks only to preserve the record, provide notice of potential related claims, and ensure that relevant materials remain available pending further lawful proceedings.

Respectfully submitted,

Juan K. Spurlin Jr. UCC 1-308
Pro Se Defendant
7231 Bedrock Cir
Lithonia, Georgia 30038
(470) 551-4086
punchamericallc@gmail.com