# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cr-00042-SDG-JKL**
**USA v. Spurlin**
**Honorable Steven D. Grimberg**

---

Minute Sheet for proceedings held In Open Court on 11/05/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:00 P.M.
TIME IN COURT: 2:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
DEPUTY CLERK: Danielle Brye

| | |
|---|---|
| DEFENDANT(S): | [1]Juan K. Spurlin, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Juan K. Spurlin appearing Pro Se<br>Caitlyn Wade appearing as standby counsel for Juan K. Spurlin<br><br>Daniel Grill and Phyllis Clerk representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference |
| MOTIONS RULED ON: | DFT#1-[56]Report and Recommendation ADOPTED<br>DFT#1-[60]Motion to Clarify DENIED<br>DFT#1-[63]Supplemental Motion to Clarify DENIED<br>DFT#1-[65]Supplemental Motion Preserving Objections DENIED<br>DFT#1-[73]Motion for Leave to File Out of Time and MOTION for Bill of Particulars DENIED<br>DFT#1-[76]Motion for Clarification DENIED<br>DFT#1-[78]Motion to Clarify DENIED<br>DFT#1-[80]Motion to Compel DENIED<br>DFT#1-[81]Motion in Limine GRANTED<br>DFT#1-[82]Motion in Limine DENIED<br>DFT#1-[84]Motion to Dismiss DENIED<br>DFT#1-[87]Motion to Dismiss DENIED |
| MINUTE TEXT: | Pretrial Conference hearing held on November 5, 2026. The Court ruled on objections to proposed voir dire questions. The Government’s Motion in Limine [ECF 81] was GRANTED. The Defendant’s Motion in Limine was DENIED as to parts 1, |

| | |
|---|---|
| | 2, 3, & 5 and DENIED as moot as to part 4. The Court ADOPTED the Magistrate Judge's Final Report and Recommendation [ECF 56]. The Government was ORDERED to produce all outstanding discovery and Jencks material by November 6 or alternatively file a motion on the docket seeking additional time. Defendant's Motion for Bill of Particulars [ECF 73] was DENIED. Defendant's remaining pending Motions [ECFs 60, 63, 65, 76, 78, 80, 84, 87] were DENIED. The parties were reminded that their respective witness list, exhibit list, and a courtesy copy of exhibits are due to Chambers by noon on November 16, 2026. |
| HEARING STATUS: | Hearing concluded. |